July 28

ATTN:

TO: Honorable Judge Catherine Constantine

I, Gary W. Atkinson, would like to know why past attorney would state," The Affidavit you filed with Bankrupcy court, No Action is Going to be Taken on That filings."

G. W. Atkinson

See Attachment

RECEIVED
JUL 2 8 2022
TIME: _____
CLERK, U.S. BANKRUPTCY COURT
ST. PAUL, MINNESOTA



# LAMEY LAW FIRM
## P.A.
*Attorneys & Counselors at Law*
Aggressive Representation Protects Your Rights©

980 INWOOD AVENUE NORTH  
OAKDALE, MINNESOTA 55128

TELEPHONE: 651.209.3550  
TELECOPIER: 651.789.2179

WWW.LAMEYLAW.COM

---

July 27, 2022

**VIA FIRST CLASS MAIL**

GARY ATKINSON  
7800 SOMERSET RD  
WOODBURY MN 55125

**RE: BANKRUPTCY FILING  
CASE NO: 18-32633**

Dear Gary:

Attached is your bankruptcy file. The affidavit you filed with the bankruptcy court, no action is going to be taken on that filing.

Per the local rules, I am filing a withdrawal motion with the bankruptcy court to be relieved from the case.

Best of luck in your battle to save your house.

Very truly yours,  
**LAMEY LAW FIRM, P.A.**

John D. Lamey III, Esq.