RECEIVED
AUG - 1 2022
TIME: 3:00 pm
CLERK, U.S. BANKRUPTCY COURT
ST. PAUL, MINNESOTA

Aug 1st 2022

Attn: Chp #13
Banruptcy Dept

From: Gary W. Atkinson
Case No. 18-32633

To: Honorable
Judge
Catherine
Constantine

I, Gary W. Atkinson, Respectfully Request That mr. Joseph Esqrivel, be included in our Hearing

G.W. Atkin—

"See Attachment

Exhibit Evidence #   (2)

# MORTGAGE COMPLIANCE INVESTIGATIONS



# CHAIN OF TITLE ANALYSIS & MORTGAGE INVESTIGATION

Prepared For:
**Gary W. Atkinson**

Real Property Located at:
**7800 Somerset Road**
**Woodbury, MN 55125**

Prepared By:
Mortgage Compliance Investigations LLC
P.O. BOX 141383
Austin, TX 78714
Private Investigation License # A20449

**Prepared by Joseph Esquivel**

**Phone 5127693721**