Oct 18th 2022

Case No. (18-32633)

Attn:

RECEIVED
OCT 18 2022
TIME: 2:42 pm
CLERK, U.S. BANKRUPTCY COURT
ST. PAUL, MINNESOTA

Honorable Judge Katherine A. Constantine

From: Gary Ward Atkilson

I Request That My chapter 13 Bankrupty be Dismissed Without prejudice.

G. W. Atkilson